Decided February 21, 2012

### MICHAEL BRAHAM *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Braham's petition for certification for appeal from the Appellate Court, 132 Conn. App. 57 (AC 31657), is denied.

*Michael Braham*, pro se, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided February 21, 2012

### ELECTRICAL WHOLESALERS, INC. *v.* V.P. ELECTRIC, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 132 Conn. App. 843 (AC 32466), is denied.

*Timothy J. Lee*, in support of the petition.

*Charles I. Miller*, in opposition.